IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JUNNE KOH, #44827-086                                                                          PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 5:17-cv-50-DCB-MTP

WARDEN "Unknown" STONE, et al.                                                          DEFENDANTS

ORDER

This matter comes before the Court on Plaintiff's Motion [19] for Reconsideration of the Court's Order [15] entered November 21, 2017. That Order [15] denied Plaintiff's Motion [14] requesting that the Court allow Plaintiff to include a *Bivens* claim in the instant civil action. *See* Order [15] at 1-2. For the reasons discussed herein, the Court will deny Plaintiff's Motion [19].

An interlocutory order, such as the Order at issue here, "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." *See* Fed. R. Civ. P. 54(b). Rule 54(b) provides the Court with the inherent power to "reconsider and reverse its prior rulings on any interlocutory order 'for any reason it deems sufficient.'" *United States v. Renda*, 709 F.3d 472, 479 (5th Cir. 2013) (quoting *Saqui v. Pride Cent. Am., LLC*, 595 F.3d 206, 210-11 (5th Cir. 2010). Such authority, however, "is exercised sparingly in order to forestall the perpetual reexamination of orders and the resulting burdens and delays." *Castrillo v. Am. Home Mortg. Servicing, Inc.*, No. 09-4369, 2010 WL 1424398, at *3 (E.D. La. Apr. 5, 2010) (citations omitted).

Plaintiff argues that the ruling by the United States Supreme Court in *Minneci v. Pollard*, 565 U.S. 118 (2012) is "ridiculous and unjust in the light of common sense." Pl.'s Mot. [19] at 1. Plaintiff further argues that "[t]his infamous doctrine should be reversed by another

Supreme Court." *Id*. Plaintiff's arguments are without merit. The Court's decision in the Order [15] entered on November 21, 2017, was correct. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion [19] is **DENIED.**

SO ORDERED, this the 19th day of December, 2017.

s/David Bramlette
UNITED STATES DISTRICT JUDGE